■ In the Matter of TERRY FOGAN, Petitioner, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. [845 NYS2d 531]—

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner challenges a determination finding him guilty of violating the prison disciplinary rules prohibiting solicitation of services and violation of facility correspondence procedures. We confirm. The misbehavior report containing a specific account of the incident written by the investigating correction officer, testimony of the correction officer and the subject letter provide substantial evidence supporting the determination of guilt (*see Matter of Foster v Coughlin*, 76 NY2d 964, 966 [1990]; *Matter of Goncalves v Donnelly*, 9 AD3d 721 [2004]).

Petitioner's procedural objections are unpersuasive. The record demonstrates that the hearing was conducted in a fair and impartial manner and the determination did not flow from any alleged bias on the part of the Hearing Officer (*see Matter of Cayenne v Goord*, 16 AD3d 782, 783-784 [2005]). There is no merit to petitioner's claim that his letter was improperly inspected, as all business mail is subject to inspection (7 NYCRR 720.7 [d]). Contrary to petitioner's contention that the misbehavior report inadequately described the charge, the report provided petitioner with the detail necessary to prepare a

defense (*see Matter of Smith v Portuondo*, 309 AD2d 1028 [2003]). Petitioner's remaining claims lack merit.

Mercure, J.P., Peters, Spain, Lahtinen and Kane, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.